THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. WILLIAM J. MARTINI<br>SR. UNITED STATES DISTRICT JUDGE |
| v. | : | Crim. No. 2:15-CR-00581 |
| SAMUEL BOYNES | : | ORDER REDUCING TERM OF |
| | : | SUPERVISED RELEASE |

This matter having come before the Court on the application of the United States Probation Office, pursuant to the provisions of Title 18, United States Code, Section 3583(e) to reduce the Individual Under Supervision's term of supervise release; and the Court having found that the defendant has successfully completed the U.S. District Court's reentry program, ReNew; and for good cause shown;

IT IS on this 2 day of October, 2024.

ORDERED, that Samuel Boynes' term of supervised release be terminated, effective upon the signing of this order.

BY THE COURT:

_____
The Honorable William J. Martini
Sr. United States District Judge